Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−16993−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc McDonnell
   104 Leland Trail
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−9660

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2023.

Dated: December 15, 2023
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 23-16993-JKS |
|---|---|
| Marc McDonnell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: plncf13 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc McDonnell, 104 Leland Trail, Hopatcong, NJ 07843-1727 |
| 519997352 | + | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 20:59:06 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997345 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 15 2023 20:51:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519997344 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 15 2023 20:51:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 520012761 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 15 2023 20:51:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520000024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 21:09:30 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520039850 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 21:09:47 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997346 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 15 2023 20:51:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519997347 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 15 2023 20:51:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519997348 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 21:09:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997349 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 21:10:03 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519997350 | + | Email/Text: bk@avant.com | Dec 15 2023 20:53:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |

Case 23-16993-JKS    Doc 17    Filed 12/17/23    Entered 12/18/23 00:19:04    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: plncf13 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 519997351 | + | Email/Text: bk@avant.com | Dec 15 2023 20:53:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519997353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 21:20:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519997354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 21:10:01 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520003420 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 21:09:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519997357 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 15 2023 20:52:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 519997360 | + | Email/Text: mrdiscen@discover.com | Dec 15 2023 20:51:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519997359 | + | Email/Text: mrdiscen@discover.com | Dec 15 2023 20:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519997361 | | Email/Text: bankruptcycourts@equifax.com | Dec 15 2023 20:52:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519997362 | ^ | MEBN | Dec 15 2023 20:51:38 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519997363 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 15 2023 20:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519997364 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 15 2023 20:52:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519997366 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 15 2023 20:52:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519997365 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 15 2023 20:52:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519997367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2023 20:52:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519997355 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2023 20:59:02 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519997356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2023 21:09:56 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 520012925 | + | Email/Text: RASEBN@raslg.com | Dec 15 2023 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520001855 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 21:09:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519997370 | | Email/Text: ml-ebn@missionlane.com | Dec 15 2023 20:51:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519997371 | | Email/Text: ml-ebn@missionlane.com | Dec 15 2023 20:51:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520058242 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2023 20:58:48 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519997369 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2023 20:58:35 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519997368 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2023 21:20:38 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519997373 | | Email/Text: signed.order@pfwattorneys.com | Dec 15 2023 20:51:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519997372 | | Email/Text: Bankruptcy@mjrf.com | Dec 15 2023 20:51:00 | Petro Inc, c/o Mullooly, Jeffrey, Rooney & Flynn |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: plncf13 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | LL, 6851 Jericho Turnpike, PO BOX 9036, Syosset, NY 11791-9036 |
| 520059751 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2023 20:52:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519997374 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 21:09:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519997375 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 20:58:38 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519997376 | | Email/Text: bankruptcy@springoakscapital.com | Dec 15 2023 20:51:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519997377 | | Email/Text: bankruptcy@springoakscapital.com | Dec 15 2023 20:51:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 519997378 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 15 2023 20:51:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520043877 | | Email/Text: bankruptcy@springoakscapital.com | Dec 15 2023 20:51:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519997379 | | Email/Text: epr@telecheck.com | Dec 15 2023 20:53:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519997380 | ^ | MEBN | Dec 15 2023 20:51:01 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520019612 | | Email/Text: EDBKNotices@ecmc.org | Dec 15 2023 20:51:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519997358 | ##+ | Dennis McDonnell, 163 Oxford Avenue, Saddle Brook, NJ 07663-5134 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: plncf13 | Total Noticed: 50 |

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Scott E. Tanne

on behalf of Debtor Marc McDonnell ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4