UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Marc McDonnell,

Debtor.

Case No.:  23-16993-JKS

Chapter:  13

Hearing Date:  01/11/2024

Judge:  Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 104 Leland Trail, Hopatcong, NJ 07843

(Docket # 19)

Date: 01/05/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*