SCOTT E TANNE ESQ
70 BLOOMFIELD AVE, SUITE 203
PINE BROOK, NJ  07058

Re:  MARC MCDONNELL                              Atty:  SCOTT E TANNE ESQ
     104 LELAND TRAIL                                    70 BLOOMFIELD AVE, SUITE 203
     HOPATCONG, NJ  07843                                PINE BROOK, NJ  07058

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-16993

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $82,782.00**

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/12/2023 | $1,295.00 | | 12/04/2023 | $1,295.00 | |

**Total Receipts: $2,590.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $2,590.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 187.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ABSOLUTE RESOLUTIONS | UNSECURED | 1,735.97 | * | 0.00 | |
| 0003 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | AVANT/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE NA | UNSECURED | 732.78 | * | 0.00 | |
| 0012 | JPMORGAN CHASE BANK NA | UNSECURED | 701.39 | * | 0.00 | |
| 0016 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | IC SYSTEMS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 3,793.00 | 100.00% | 0.00 | |
| 0025 | MIDFIRST BANK | (NEW) Prepetition A | 67,173.06 | 100.00% | 0.00 | |
| 0027 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PETRO INC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | LVNV FUNDING LLC | UNSECURED | 1,046.46 | * | 0.00 | |
| 0033 | SPRING OAKS CAPITAL, LLC | UNSECURED | 1,042.26 | * | 0.00 | |
| 0035 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0040 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 23-16993**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0041 | UNITED STATES TREASURY/IRS | UNSECURED | 202.32 | * | 0.00 | |
| 0042 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 3,081.37 | * | 0.00 | |
| 0043 | QUANTUM3 GROUP LLC | UNSECURED | 4,529.48 | * | 0.00 | |

**Total Paid:  $187.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $2,590.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $187.78    =    Funds on Hand: $2,402.22

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.