UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
70 Bloomfield Ave., Suite 203
Pine Brook, NJ 07058
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for the Debtor(s)

Order Filed on January 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marc McDonnell,

Debtor(s)

Case No.: 23-16993-JKS

Adv. No.:

Hearing Date: January 25, 2024 at 10:00 am

Judge: Sherwood

## ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES AND EXPENSES TO COUNSEL FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

DATED: January 25, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Marc McDonnell
Case No.:  23-16993-JKS
Caption of Order:  Order for Allowance of Pre-Confirmation Attorney Fees and Expenses to Counsel for Debtor

_____

Upon consideration of Debtor's Attorneys application for an order requesting allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $5,001.00 [1]

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

$1,500.00 retainer deposit paid directly by Debtor as prior to case filing.

$3,501.00 to be paid through the debtor's Chapter 13 Plan.

The debtor's monthly Plan is modified to require a payment of n/a per month for the remaining n/a months to allow for payment of the above fee.  Increased Plan payments to commence n/a.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

---

[1]  The total of $5,001.00 consists of $4,648.00 in fees and $353.00 in expenses. Counsel has not previously been awarded any fees and is billing the Debtor on an hourly basis.