| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   MARC MCDONNELL |

Order Filed on May 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-16993 JKS

Hearing Date:  5/23/2024

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 23, 2024

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): MARC MCDONNELL

Case No.: 23-16993

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 05/23/2024 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $4,296.00 to the Trustee's office by 5/31/2024 to be current with Trustee payments through April or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 6/27/2024 at 10:00 AM.