| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>MARC MCDONNELL |

Case No.: 23-16993

Adv. No.:

Hearing Date:  07/25/2024

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/26/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MARC MCDONNELL
104 LELAND TRAIL
HOPATCONG, NJ  07843
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT E TANNE ESQ
70 BLOOMFIELD AVE, SUITE 203
PINE BROOK, NJ  07058
Mode of Service:  ECF and/or Regular Mail

Dated:  June 26, 2024

By:  /S/  Keith Guarneri
     Keith Guarneri