Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−16993−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc McDonnell
   104 Leland Trail
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−9660

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       8/8/24
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney

COMMISSION OR FEES
$1,792.00

EXPENSES
$4.51

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 18, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 23-16993-JKS
Marc McDonnell Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4
Date Rcvd: Jul 18, 2024 Form ID: 137 Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc McDonnell, 104 Leland Trail, Hopatcong, NJ 07843-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 21:16:20 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997345 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 18 2024 20:53:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519997344 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 18 2024 20:53:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 520012761 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 18 2024 20:53:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520000024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 21:16:39 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520039850 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 21:16:24 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997346 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 20:53:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519997347 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 20:53:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519997348 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 21:17:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997349 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 21:04:19 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519997350 | + | Email/Text: bk@avant.com | Jul 18 2024 20:55:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519997351 | + | Email/Text: bk@avant.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 18 2024 20:55:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519997352 | | Email/Text: EBN@brockandscott.com | Jul 18 2024 20:53:00 | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 519997353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 21:28:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519997354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 21:28:06 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520003420 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 21:16:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519997357 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 18 2024 20:55:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 519997360 | + | Email/Text: mrdiscen@discover.com | Jul 18 2024 20:53:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519997359 | + | Email/Text: mrdiscen@discover.com | Jul 18 2024 20:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519997361 | | Email/Text: bankruptcycourts@equifax.com | Jul 18 2024 20:54:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519997362 | ^ | MEBN | Jul 18 2024 20:51:29 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519997363 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2024 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519997364 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2024 20:54:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519997366 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 18 2024 20:54:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519997365 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 18 2024 20:54:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519997367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 20:54:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519997355 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2024 21:04:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519997356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2024 21:04:13 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 520012925 | + | Email/Text: RASEBN@raslg.com | Jul 18 2024 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520001855 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:04:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519997370 | | Email/Text: ml-ebn@missionlane.com | Jul 18 2024 20:53:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519997371 | | Email/Text: ml-ebn@missionlane.com | Jul 18 2024 20:53:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520058242 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 18 2024 21:28:13 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519997369 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 18 2024 21:16:40 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519997368 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 18 2024 21:03:57 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519997373 | | Email/Text: signed.order@pfwattorneys.com | Jul 18 2024 20:53:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519997372 | | Email/Text: Bankruptcy@mjrf.com | Jul 18 2024 20:54:00 | Petro Inc, c/o Mullooly, Jeffrey, Rooney & Flynn LL, 6851 Jericho Turnpike, PO BOX 9036, Syosset, NY 11791-9036 |
| 520059751 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 20:54:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519997374 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:04:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519997375 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:40 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519997376 | | Email/Text: bankruptcy@springoakscapital.com | Jul 18 2024 20:53:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519997377 | | Email/Text: bankruptcy@springoakscapital.com | Jul 18 2024 20:53:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 519997378 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 18 2024 20:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520043877 | | Email/Text: bankruptcy@springoakscapital.com | Jul 18 2024 20:53:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519997379 | | Email/Text: epr@telecheck.com | Jul 18 2024 20:55:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519997380 | ^ | MEBN | Jul 18 2024 20:51:13 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520019612 | | Email/Text: EDBKNotices@ecmc.org | Jul 18 2024 20:53:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519997358 | ##+ | Dennis McDonnell, 163 Oxford Avenue, Saddle Brook, NJ 07663-5134 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

**Name**                **Email Address**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 137 | Total Noticed: 50 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Marc McDonnell ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4