Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16993−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marc McDonnell
  104 Leland Trail
  Hopatcong, NJ 07843

Social Security No.:
  xxx−xx−9660

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/24/24 at 10:00 AM

to consider and act upon the following:

**64** − Creditor's Certification of Default (related document:47 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/3/2024. (Attachments: # 1 Proposed Order # 2 Exhibit A Stipulation # 3 Exhibit B Certification # 4 Certificate of Service) (Carlon, Denise)

**66** − Certification in Opposition to Mortgagee Certification of Default (related document:64 Creditor's Certification of Default (related document:47 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/3/2024. (Attachments: # 1 Proposed Order # 2 Exhibit A Stipulation # 3 Exhibit B Certification # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Scott E. Tanne on behalf of Marc McDonnell. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service) (Tanne, Scott)

Dated: 10/2/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court