**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    MARC MCDONNELL

Order Filed on October 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  23-16993 JKS**

**Hearing Date:  10/24/2024**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 25, 2024**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  MARC MCDONNELL

Case No.:  23-16993

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 10/24/2024 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,875.00 to the Trustee's office by 11/7/2024 or the case will be

  dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 11/14/2024 at 10:00

  AM.