UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Marc McDonnell,

Debtor.

Case No.: 23-16993-JKS
Chapter: 13
Hearing Date: 02/27/2025
Judge: Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 83)

_____

Date: 2/24/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*