UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 23-16993-JKS |
| Marc McDonnell | Chapter: | 13 |
| | Judge: | Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

_____Marc McDonnell_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk:   Jeanne A. Naughton, Clerk
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street, 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____July 28, 2025_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____via Court-Solutions_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold:   104 Leland Trail, Hopatcong, NJ 07843

> Proposed Purchaser:   Maria E. Sevillano and Harrison W. Mabus

> Sale price:  $411,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Nicholas A. Stratton, Esq. | Linda Rowe |
|---|---|---|
| | Stratton Ashtyani, LLP | Christie's International Real Estate |
| Amount to be paid: | $1,500.00 | 5% subject to split pursuant to listing agreement |
| Services rendered: | Real estate closing attorney | Real estate listing agent |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Scott E. Tanne, Esq. P.C.

Address: 70 Bloomfield Ave., Suite 203, Pine Brook, NJ 07058

Telephone No.: (973) 701-1776

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16993-JKS |
| Marc McDonnell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2025 | Form ID: pdf905 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc McDonnell, 104 Leland Trail, Hopatcong, NJ 07843-1727 |
| 519997358 | + | Dennis McDonnell, 163 Oxford Avenue, Saddle Brook, NJ 07663-5134 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 21:21:31 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997345 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2025 21:11:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519997344 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2025 21:11:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 520012761 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 27 2025 21:11:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520000024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 21:21:39 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520039850 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 21:21:36 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997346 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 21:11:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519997347 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 21:11:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519997348 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 21:21:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997349 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 21:21:53 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519997350 | + | Email/Text: bk@avant.com | Jun 27 2025 21:13:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519997351 | + | Email/Text: bk@avant.com | Jun 27 2025 21:13:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |

Case 23-16993-JKS    Doc 115    Filed 06/29/25    Entered 06/30/25 00:20:45    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: pdf905 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 519997352 | | Email/Text: EBN@brockandscott.com | Jun 27 2025 21:11:00 | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 519997353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 21:21:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519997354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 21:10:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520003420 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2025 21:21:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519997356 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 21:21:46 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519997355 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 21:11:01 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519997357 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 27 2025 21:13:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 519997360 | + | Email/Text: mrdiscen@discover.com | Jun 27 2025 21:11:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519997359 | + | Email/Text: mrdiscen@discover.com | Jun 27 2025 21:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519997361 | | Email/Text: bankruptcycourts@equifax.com | Jun 27 2025 21:12:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519997362 | ^ | MEBN | Jun 27 2025 21:04:07 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519997363 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 27 2025 21:12:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519997364 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 27 2025 21:12:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519997366 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 27 2025 21:12:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519997365 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 27 2025 21:12:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519997367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2025 21:12:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520012925 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520001855 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:21:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519997370 | | Email/Text: ml-ebn@missionlane.com | Jun 27 2025 21:11:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519997371 | | Email/Text: ml-ebn@missionlane.com | Jun 27 2025 21:11:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520058242 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2025 21:21:40 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519997369 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2025 21:21:26 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519997368 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2025 21:21:37 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519997373 | | Email/Text: signed.order@pfwattorneys.com | Jun 27 2025 21:11:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519997372 | | Email/Text: Bankruptcy@mjrf.com | Jun 27 2025 21:12:00 | Petro Inc, c/o Mullooly, Jeffrey, Rooney & Flynn |

Case 23-16993-JKS    Doc 115    Filed 06/29/25    Entered 06/30/25 00:20:45    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: pdf905 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | | LL, 6851 Jericho Turnpike, PO BOX 9036, Syosset, NY 11791-9036 |
| 520059751 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 21:13:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519997374 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:11:08 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519997375 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:21:22 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520043877 | Email/Text: bankruptcy@springoakscapital.com | Jun 27 2025 21:11:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519997376 | Email/Text: bankruptcy@springoakscapital.com | Jun 27 2025 21:11:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519997377 | Email/Text: bankruptcy@springoakscapital.com | Jun 27 2025 21:11:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 519997378 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 27 2025 21:11:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519997379 | Email/Text: epr@telecheck.com | Jun 27 2025 21:14:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519997380 | ^ MEBN | Jun 27 2025 21:03:53 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520019612 | Email/Text: EDBKNotices@ecmc.org | Jun 27 2025 21:11:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 27, 2025 | Form ID: pdf905 | Total Noticed: 51 |

Richard Abel
        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Scott E. Tanne
        on behalf of Debtor Marc McDonnell ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5