Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23–16993–JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marc McDonnell
  104 Leland Trail
  Hopatcong, NJ 07843

Social Security No.:
  xxx–xx–9660

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

104 Leland Trail, Hopatcong, NJ 07843

Dated: July 21, 2025
JAN:

                Jeanne Naughton
                Clerk