| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank |

| | |
|---|---|
| In Re:<br>Marc McDonnell,<br>Debtor. | Case No.: 23-16993-JKS<br>Chapter: 13<br>Hearing Date: 08/28/2025<br>Judge: Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 108)

Date: 08/21/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*