Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16993−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc McDonnell
   104 Leland Trail
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−9660

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 28, 2025.

Dated: August 28, 2025
JAN: zlh

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-16993-JKS

Marc McDonnell  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4

Date Rcvd: Aug 28, 2025      Form ID: plncf13      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marc McDonnell, 104 Leland Trail, Hopatcong, NJ 07843-1727 |
| r | + | Linda Rowe, Christie's International Real Estate, 40 West Ridgewood Avenue, Ridgewood, NJ 07450-3136 |
| sp | + | Nicholas A. Stratton, Stratton Ashtyani, LLP, 795 Franklin Ave., Suite 206, Franklin Lakes, NJ 07417-1354 |
| 519997358 | + | Dennis McDonnell, 163 Oxford Avenue, Saddle Brook, NJ 07663-5134 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 22:04:20 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997345 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 28 2025 21:16:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519997344 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 28 2025 21:16:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 520012761 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 28 2025 21:16:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520000024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 21:53:10 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520039850 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 21:28:49 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997346 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2025 21:16:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519997347 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2025 21:16:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519997348 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 21:53:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997349 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 21:41:08 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519997350 | + | Email/Text: bk@avant.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519997351 | + | Email/Text: bk@avant.com | Aug 28 2025 21:19:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| | | | Aug 28 2025 21:19:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519997352 | | Email/Text: EBN@brockandscott.com | Aug 28 2025 21:17:00 | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 519997353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 21:27:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519997354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 21:41:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520003420 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2025 21:28:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519997356 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2025 21:29:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519997355 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2025 21:41:54 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519997357 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 28 2025 21:19:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 519997360 | + | Email/Text: mrdiscen@discover.com | Aug 28 2025 21:16:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519997359 | + | Email/Text: mrdiscen@discover.com | Aug 28 2025 21:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519997361 | | Email/Text: bankruptcycourts@equifax.com | Aug 28 2025 21:18:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519997362 | ^ | MEBN | Aug 28 2025 21:15:12 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519997363 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 28 2025 21:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519997364 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 28 2025 21:18:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519997366 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 28 2025 21:18:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519997365 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 28 2025 21:18:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519997367 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2025 21:18:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520012925 | + | Email/Text: RASEBN@raslg.com | Aug 28 2025 21:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520001855 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 21:28:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519997370 | | Email/Text: ml-ebn@missionlane.com | Aug 28 2025 21:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519997371 | | Email/Text: ml-ebn@missionlane.com | Aug 28 2025 21:16:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520058242 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 28 2025 21:52:49 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519997369 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 28 2025 21:29:33 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519997368 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 28 2025 22:04:43 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |

Case 23-16993-JKS    Doc 132    Filed 08/30/25    Entered 08/31/25 00:19:32    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: plncf13 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| 519997373 | Email/Text: signed.order@pfwattorneys.com | Aug 28 2025 21:17:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519997372 | Email/Text: Bankruptcy@mjrf.com | Aug 28 2025 21:18:00 | Petro Inc, c/o Mullooly, Jeffrey, Rooney & Flynn LL, 6851 Jericho Turnpike, PO BOX 9036, Syosset, NY 11791-9036 |
| 520059751 | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 21:19:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519997374 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 21:28:49 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519997375 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 21:29:37 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520043877 | Email/Text: bankruptcy@springoakscapital.com | Aug 28 2025 21:16:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519997376 | Email/Text: bankruptcy@springoakscapital.com | Aug 28 2025 21:16:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519997377 | Email/Text: bankruptcy@springoakscapital.com | Aug 28 2025 21:16:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 519997378 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 28 2025 21:17:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519997379 | Email/Text: epr@telecheck.com | Aug 28 2025 21:19:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519997380 | ^ MEBN | Aug 28 2025 21:14:55 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520019612 | Email/Text: EDBKNotices@ecmc.org | Aug 28 2025 21:16:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 28, 2025 | Form ID: plncf13 | Total Noticed: 53 |

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Richard Abel
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Scott E. Tanne
    on behalf of Debtor Marc McDonnell ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5