Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 23−16993−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marc McDonnell
  104 Leland Trail
  Hopatcong, NJ 07843

Social Security No.:
  xxx−xx−9660

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable John K. Sherwood on

Date:         October 9, 2025
Time:         10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to consider and act upon the following:

*133* − Application for Compensation for Scott E. Tanne, Debtor's Attorney, period: to, fee: $1,432.00, expenses: $58.47. Filed by Scott E. Tanne, Marc McDonnell. Hearing scheduled for 10/7/2025 at 10:00 AM, JKS − Courtroom 3D, Newark.. (Attachments: # 1 Certification # 2 Exhibit − Retainer Agreement # 3 Exhibit − List of Services # 4 Proposed Order # 5 Certificate of Service) (Tanne, Scott)Modified TEXT on 9/9/2025− THIS MATTER WILL BE RESCHEDULED FOR 10/9/2025 AT 10:00 A.M. (CHAPTER 13) (mff).

and transact such other business as may properly come before the meeting.


Dated: September 9, 2025
JAN: mff

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-16993-JKS

Marc McDonnell  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2

Date Rcvd: Sep 09, 2025  Form ID: 173  Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marc McDonnell, 104 Leland Trail, Hopatcong, NJ 07843-1727 |
| r | + | Linda Rowe, Christie's International Real Estate, 40 West Ridgewood Avenue, Ridgewood, NJ 07450-3136 |
| sp | + | Nicholas A. Stratton, Stratton Ashtyani, LLP, 795 Franklin Ave., Suite 206, Franklin Lakes, NJ 07417-1354 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2025 20:55:37 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: 173 | Total Noticed: 4 |

          magecf@magtrustee.com

Richard Abel

          on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Scott E. Tanne

          on behalf of Debtor Marc McDonnell ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5