| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marc McDonnell<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9660<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23-16993-JKS | |

## Order of Discharge                                                                                               12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marc McDonnell

<u>1/26/26</u>                                                                                   **By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                  **Chapter 13 Discharge**                                   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Marc McDonnell  
    Debtor  

Case No. 23-16993-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 4  
Date Rcvd: Jan 27, 2026        Form ID: 3180W        Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc McDonnell, 23 Wits End Rd, Apt. 6,, Hamburg,, NJ 07419-9737 |
| r | + | Linda Rowe, Christie's International Real Estate, 40 West Ridgewood Avenue, Ridgewood, NJ 07450-3136 |
| sp | + | Nicholas A. Stratton, Stratton Ashtyani, LLP, 795 Franklin Ave., Suite 206, Franklin Lakes, NJ 07417-1354 |
| 519997358 | + | Dennis McDonnell, 163 Oxford Avenue, Saddle Brook, NJ 07663-5134 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 28 2026 02:09:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997345 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 27 2026 21:24:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519997344 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 27 2026 21:24:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 520012761 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 27 2026 21:24:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520000024 | + | EDI: AISACG.COM | Jan 28 2026 02:09:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520039850 | + | EDI: AISACG.COM | Jan 28 2026 02:09:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519997346 | + | EDI: GMACFS.COM | Jan 28 2026 02:09:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519997347 | + | EDI: GMACFS.COM | Jan 28 2026 02:09:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519997348 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 21:35:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519997349 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 21:35:30 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519997350 | + | Email/Text: bk@avant.com | Jan 27 2026 21:26:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519997351 | + | Email/Text: bk@avant.com | | |

Case 23-16993-JKS    Doc 147    Filed 01/29/26    Entered 01/30/26 00:24:16    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 27 2026 21:26:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 519997352 | | Email/Text: EBN@brockandscott.com | Jan 27 2026 21:24:00 | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 519997353 | + | EDI: CAPITALONE.COM | Jan 28 2026 02:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519997354 | + | EDI: CAPITALONE.COM | Jan 28 2026 02:09:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520003420 | + | EDI: AIS.COM | Jan 28 2026 02:09:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519997356 | + | EDI: JPMORGANCHASE | Jan 28 2026 02:09:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519997355 | + | EDI: JPMORGANCHASE | Jan 28 2026 02:09:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519997357 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 27 2026 21:26:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 519997360 | + | EDI: DISCOVER | Jan 28 2026 02:09:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519997359 | + | EDI: DISCOVER | Jan 28 2026 02:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519997361 | | Email/Text: bankruptcycourts@equifax.com | Jan 27 2026 21:25:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519997362 | ^ | MEBN | Jan 27 2026 21:23:13 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519997363 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 27 2026 21:25:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519997364 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 27 2026 21:25:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 519997366 | + | EDI: LCIICSYSTEM | Jan 28 2026 02:09:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519997365 | + | EDI: LCIICSYSTEM | Jan 28 2026 02:09:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519997367 | | EDI: IRS.COM | Jan 28 2026 02:09:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520012925 | + | Email/Text: RASEBN@raslg.com | Jan 27 2026 21:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520001855 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 21:35:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519997370 | | Email/Text: ml-ebn@missionlane.com | Jan 27 2026 21:24:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519997371 | | Email/Text: ml-ebn@missionlane.com | Jan 27 2026 21:24:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520058242 | + | EDI: AISMIDFIRST | Jan 28 2026 02:09:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519997369 | + | EDI: AISMIDFIRST | Jan 28 2026 02:09:00 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519997368 | + | EDI: AISMIDFIRST | Jan 28 2026 02:09:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519997373 | | Email/Text: signed.order@pfwattorneys.com | Jan 27 2026 21:24:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: 3180W | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| 519997372 | Email/Text: Bankruptcy@mjrf.com | Jan 27 2026 21:25:00 | Petro Inc, c/o Mullooly, Jeffrey, Rooney & Flynn LL, 6851 Jericho Turnpike, PO BOX 9036, Syosset, NY 11791-9036 |
| 520059751 | EDI: Q3G.COM | Jan 28 2026 02:09:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519997374 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 21:34:43 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519997375 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 21:34:43 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520043877 | Email/Text: bankruptcy@springoakscapital.com | Jan 27 2026 21:24:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 519997376 | Email/Text: bankruptcy@springoakscapital.com | Jan 27 2026 21:24:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519997377 | Email/Text: bankruptcy@springoakscapital.com | Jan 27 2026 21:24:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 519997378 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 27 2026 21:24:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519997379 | Email/Text: epr@telecheck.com | Jan 27 2026 21:26:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519997380 | ^ MEBN | Jan 27 2026 21:22:48 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520019612 | Email/Text: EDBKNotices@ecmc.org | Jan 27 2026 21:24:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 27, 2026 | Form ID: 3180W | Total Noticed: 53

Marie-Ann Greenberg
    magecf@magtrustee.com

Richard Abel
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Scott E. Tanne
    on behalf of Debtor Marc McDonnell ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5